**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

**SHAMALAH AYAPPONEY V. SUKOMARAN KUNIKIRAMAN**

Case Number
FILED: JULY 21, 2008
08CV4133
**(none yet)**

JUDGE ST. EVE
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PH

**SHAMALAH AYAPPONEY**

| |
|---|
| SIGNATURE<br>s/ J. Christian Nemeth |
| FIRM<br>McDermott Will & Emery llp |
| STREET ADDRESS<br>227 West Monroe Street |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6276708 | TELEPHONE NUMBER<br>312.372.2000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐        NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |