# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHAMALAH AYAPPONEY<br><br>    Plaintiff,<br><br>    v.<br><br>SUKOMARAN KUNIKIRAMAN,<br><br>    Defendant. | Case No:  08-cv-4133<br>Hon. Amy St. Eve<br>Hon. Jeffrey Cole, Magistrate |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Shamalah Ayapponey, by and through her attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulates and agrees to the dismissal of this action with prejudice pursuant to a confidential settlement agreement entered into with Defendant Sukomaran Kunikiraman (a/k/a Sukomaran Kunjiraman), with each party to bear his or her own attorneys' fees and costs.

Dated:  August 19, 2008

Respectfully submitted,

**SHAMALAH AYAPPONEY**

By:     s/ Jeffrey Baltruzak

Geoffrey A. Vance
Amanda J. Metts
J. Christian Nemeth
Jeffrey Baltruzak
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Tel:  (312)372-2000
Fax: (312) 984-7700

## **CERTIFICATE OF SERVICE**

I, Jeffrey Baltruzak, an attorney, hereby certify that I caused a copy of the foregoing **Stipulation of Dismissal With Prejudice** to be served upon the following counsel of record via ECF Notice of Electronic Filing on August 19, 2008 and on the following individuals via U.S. messenger:

>James T. Derico Jr.
>Derico & Associates
>77 W Washington St Ste 1204
>Chicago, IL 60602
>Fax No. (312) 553-1408

>            s/ Jeffrey Baltruzak